certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. John G. Milburn, Mr. William Wallace, Jr.,* and *Mr. Arthur J. Shores* for petitioner. *Mr. George Welwood Murray, Mr. J. F. Bowie* and *Mr. W. R. Begg* for respondent.

No. 923.    J. C. HARKER, SUBSTITUTED BY CHARLES O. HARKER, ADMINISTRATOR, ETC., ET AL., PETITIONERS, *v.* BOARD OF SUPERVISORS OF GREENE COUNTY, IOWA, ET AL. April 15, 1918.    Petition for a writ of certiorari to the Supreme Court of the State of Iowa denied. *Mr. O. M. Brockett* for petitioners.    No appearance for respondents.

No. 964.    LIVERPOOL, BRAZIL & RIVER PLATE STEAM NAVIGATION COMPANY, PETITIONER, *v.* BROOKLYN EASTERN DISTRICT TERMINAL.    April 22, 1918.    Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Roscoe H. Hupper* for petitioner. *Mr. Samuel Park* and *Mr. Henry E. Mattison* for respondent.

No. 610.    CITIZENS BANK OF MICHIGAN CITY, IND., PLAINTIFF IN ERROR, *v.* MARY OPPERMAN.    April 22, 1918.    Petition for a writ of certiorari to the Supreme Court of the State of Indiana denied. *Mr. Worth W. Pepple* and *Mr. Jeremiah B. Collins* for petitioner. *Mr. Samuel Parker* for respondent.

No. 921.    NEW YORK CENTRAL RAILROAD COMPANY ET AL., PETITIONERS, *v.* CITY OF CHICAGO.    April 22, 1918. Petition for a writ of certiorari to the Supreme Court of